FILED BY ___ D.C.

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JUN -8 PM 3: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **CURTIS RAY HARRIS,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| v. | |
| **ROBERT PERRISH, et al.,** | **CASE NO: 04-2971-B** |
| **Defendants.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on June 7, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

6/8/06
Date

**ROBERT R. DI TROLIO**

**Clerk of Court**

**(By)  Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05

4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02971 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

Curtis Ray Harris
WEST TENNESSEE STATE PENITENTIARY
300439
P.O. Box 1150
Henning, TN 38041--115

Honorable J. Breen
US DISTRICT COURT